NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INCYTE CORPORATION, INCYTE HOLDINGS CORP.,**
*Plaintiffs-Appellees*

**v.**

**SUN PHARMACEUTICAL INDUSTRIES, LTD., SUN PHARMACEUTICAL INDUSTRIES, INC.,**
*Defendants-Appellants*

---

2025-1162

---

Appeal from the United States District Court for the District of New Jersey in No. 2:24-cv-06944-JXN-JBC, Judge Julien X. Neals.

---

**SUA SPONTE**

---

Before MOORE, *Chief Judge*, PROST and HUGHES, *Circuit Judges*.

PER CURIAM.

# **O R D E R**

The district court's order granting Incyte Corporation and Incyte Holdings Corporation's motion for a preliminary injunction is vacated effective immediately, opinion to follow.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 9, 2025
Date